445 A.2d 99

**COMMONWEALTH of Pennsylvania,**

v.

**Leroy JONES, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided May 19, 1982.

Stanley P. Stern, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Ann C. Lebowitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.